

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2016

No. 04-16-00645-CV

**IN THE MATTER OF THE GUARDIANSHIP OF GEORGE V. GARCIA, AN INCAPACITATED PERSON,**

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2015PB6000016 L2
Honorable Jesus Garza, Judge Presiding

# O R D E R

The reporter's record was due to be filed with this court on October 26, 2016. *See* TEX. R. APP. P. 35.1. After this court advised the court reporter that the reporter's record was late, on November 28, 2016, court reporter Roxann G. Soto-Serna filed a notification of late reporter's record. The notification requested a sixty-eight-day extension of time to file the record until January 2, 2017.

The request is GRANTED IN PART. The reporter's record is due to be filed with this court by December 27, 21016. *See id.* R. 35.3(c) (limiting an extension in an ordinary appeal to thirty days).

If the reporter's record is not filed with this court by December 27, 2016, any requests for additional time to file the record must be accompanied by a signed, written status report. The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks). The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date. A preferred form for the status report, with an accompanying example, is attached to this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court